| Case | Number | Date | Judges | Disposition |
|---|---|---|---|---|
| Weedling v. State | 50A03–1611–CR–2544 | 05/18/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Pointer v. State | 45A03–1612–CR–2831 | 05/19/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Myers v. Smith | 71A03–1609–CC–2206 | 05/19/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Caroway v. State | 09A02–1611–CR–2518 | 05/19/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed and remanded<br>Concurs<br>Concurs |
| Adams v. Baker | 34A05–1607–PL–1598 | 05/22/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| L.G., In Matter of | 52A05–1610–JC–2454 | 05/22/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| S.H., In re | 60A05–1608–JT–1842 | 05/23/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Devereaux v. Homeowners' Association of Hunters Ridge Estates, Inc. | 64A04–1612–CC–2956 | 05/23/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Reversed in part and remanded<br>Concurs<br>Concurs |
| Ross v. State | 71A04–1612–CR–2850 | 05/23/2017 | SHEPARD, Sr.J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Wilhelm Construction, Inc. v. Secura Insurance | 49A02–1604–CT–811 | 05/24/2017 | BRADFORD, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Weakly v. State | 49A02–1611–CR–2710 | 05/24/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |